| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
|---|---|---|---|
| Please Read Instructions: | TRANSCRIPT ORDER | | DUE DATE: |

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Vincent Slusher | (214) 743-4500 | 11/10/2014 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| DLA Piper, 1717 Main Street, Suite 4600 | Dallas | Tx | 75201 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 4:14-cv-3133 | Hughes | 10. FROM 11/5/2014 | 11. TO 11/6/2014 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Houston SportsNet Finance v. Houston Regional Sports Ne | 13. CITY Houston SportsNet Fi | 14. STATE Tx |

| 15. ORDER FOR | | | |
|---|---|---|---|
| [X] APPEAL | [ ] CRIMINAL | [ ] CRIMINAL JUSTICE ACT | [ ] BANKRUPTCY |
| [ ] NON-APPEAL | [X] CIVIL | [ ] IN FORMA PAUPERIS | [ ] OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

United States Courts
Southern District of Texas
FILED
NOV 10 2014
David J. Bradley, Clerk of Court

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | Entire hearing transcripts |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [X] | [ ] | NO. OF COPIES 1 | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| 18. SIGNATURE | PROCESSED BY |
|---|---|
| /s/ Vincent P. Slusher | |

| 19. DATE | PHONE NUMBER |
|---|---|
| 11/10/2014 | |

TRANSCRIPT TO BE PREPARED BY

H. Hall

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:  COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# FAX COVER SHEET

| | |
|---|---|
| **TO** | |
| **COMPANY** | |
| **FAX NUMBER** | 17132505356 |
| **FROM** | Sherry Faulkner |
| **DATE** | 2014-11-10 16:31:22 CST |
| **RE** | Case No. 4:14-cv-3133; Rush Transcript Request for Proceedings on Nov 5 & 6, 2014. |

## COVER MESSAGE

Hello, please process the attached transcript request at your earliest convenience.

Feel free to contact me directly with any questions.
Thank you
Sherry

Sherry Faulkner
Senior Paralegal

T +1 214.743.4565
F +1 972.281.6253
M +1 817.296.9005
E sherry.faulkner@dlapiper.com <mailto:sherry.faulkner@dlapiper.com>

[DLA Piper Logo]

DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
United States
www.dlapiper.com <http://www.dlapiper.com/>