## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 12 2014, a true and correct copy of the *Brief for Appellant* was served electronically on those parties registered to receive electronic notice via the Court's CM/ECF system, and via e-mail on the parties listed on the attached Service List.

Dated:  November 12, 2014

|  |  |
|---|---|
|  | Respectfully submitted, |
| Howard M. Shapiro | /s/ Vincent P. Slusher |
| Craig Goldblatt | Vincent P. Slusher |
| WILMER CUTLER PICKERING | Andrew Zollinger |
| HALE AND DORR LLP | DLA PIPER |
| 1875 Pennsylvania Avenue N.W. | 1717 Main Street |
| Washington, D.C.  20006 | Suite 4600 |
| (202) 663-6000 | Dallas, Texas  75201-4629 |
|  | (214) 743-4500 |
| George W. Shuster, Jr. | Arthur J. Burke |
| WILMER CUTLER PICKERING | Timothy Graulich |
| HALE AND DORR LLP | Dana M. Seshens |
| 7 World Trade Center | DAVIS POLK & WARDWELL LLP |
| 250 Greenwich Street | 450 Lexington Avenue |
| New York, New York  10007 | New York, New York  10017 |
| (212) 230-8800 | (212) 450-4000 |

*Counsel for the Petitioning Creditors*

## SERVICE LIST
*(Served via E-mail)*

| | |
|---|---|
| **Fulbright & Jaworski, LLP**<br>William R. Greendyke<br>John David Cornwell<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, TX 77010<br>E-mail:<br>william.greendyke@nortonrosefulbright.com<br>john.cornwell@nortonrosefulbright.com<br><br>*Attorneys for AT&T Teleholdings, Inc. and AT&T Services, Inc.* | **Weil, Gotshal & Manges, LLP**<br>Alfredo R. Pérez<br>Brenda Funk<br>700 Louisiana, Suite 1700<br>Houston, TX 77002<br>E-mail:  alfredo.perez@weil.com<br>        brenda.funk@weil.com<br><br>*Attorneys for DIRECTV, LLC and DIRECTV Sports Networks, LLC* |
| **Haynes & Boone**<br>Henry Flores<br>Charles A. Beckman, Jr.<br>Christopher L. Castillo<br>1221 McKinney, Suite 2100<br>Houston, Texas 77010<br>E-mail:  henry.flores@haynesboone.com<br>        charles.beckham@haynesboone.com<br>        christopher.castillo@haynesboone.com<br><br>*Counsel for Houston Regional Sports Network, L.P.* | **Kirkland & Ellis LLP**<br>Jeffrey S. Powell<br>Michele E. Gutrick<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>E-mail:  jeffrey.powell@kirkland.com<br>        michele.gutrick@kirkland.com<br><br>*Counsel for Astros HRSN GP Holdings LLC, Astros LP Holdings LLC, and Houston Astros, LLC* |
| **Kirkland & Ellis LLP**<br>Paul M. Basta<br>Marc Kieselstein<br>601 Lexington Avenue<br>New York, NY 10022<br>E-mail:  paul.basta@kirkland.com<br>        marc.kieselstein@kirkland.com<br><br>*Counsel for Astros HRSN GP Holdings LLC, Astros LP Holdings LLC, and Houston Astros, LLC* | **White & Case LLP**<br>Alan S. Gover<br>Ian Silverbrand<br>Gregory Little<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>E-mail:  agover@whitecase.com<br>        isilverbrand@whitecase.com<br><br>*Counsel for Houston Rockets, Clutch City Sports & Entertainment, LP and Rocket Ball, Ltd.* |

| | |
|---|---|
| **Vinson & Elkins LLP**<br>Harry A. Perrin<br>Duston K. McFaul<br>1001 Fannin Street, Suite 2500<br>Houston, TX 77002-6760<br>E-mail:  hperrin@velaw.com<br>        dmcfaul@velaw.com<br><br>*Counsel for Astros HRSN GP Holdings LLC, Astros LP Holdings LLC, and Houston Astros, LLC* | **White & Case LLP**<br>Roberto J. Kampfner<br>Rachel Feldman<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071-2007<br>E-mail:  rkampfner@whitecase.com<br><br>*Counsel for Rockets Partner, L.P., JTA Sports, Inc., Clutch City Sports & Entertainment, LP and Rocket Ball, Ltd.* |
| **Jackson Walker LLP**<br>Bruce Ruzinsky<br>12010 Chatam Lane<br>Houston, Texas 77-24<br>E: bruzinsky@jw.com | **Jackson Walker LLP**<br>Charles Babcock<br>2025 South Blvd.<br>Houston, Texas 77078<br>E: cbabcock@jw.com |
| **Jackson Walker LLP**<br>Matthew D. Cavenaugh<br>929 Ashland Street<br>Houston, Texas 77008<br>E: mcavenaugh@jw.com | |