# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Roberto J Kampfner
White Case LLP
633 West Fifth St
Ste 1900
Los Angeles  CA US  90071

United States Courts
Southern District of Texas
FILED

NOV 1 9 2014

David J. Bradley, Clerk of Court

Case: 4:14-cv-03133   Instrument: 21   (1 pages)   aty
Date: Nov  6, 2014
Control: 14113190
Notice: The attached order has been entered.

NOTICE: After September 30, 2010, attorneys registered for electronic filing will no longer receive copies of Court notices, orders and judgments from the District Court for the Southern District of Texas by facsimile or first-class mail. All attorneys admitted to the bar of this Court, as well as those admitted pro hac vice, are required to register for electronic filing. Registration constitutes consent to electronic service of all documents as provided in the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases and in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Crim. P. 49. For more information, visit our web site: www.txs.uscourts.gov



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

FILED
NOV 19
David J. Bradley, Clerk of Court

IN HOUSTON
TX 775
07 NOV '14
PM 4 L

NIXIE          100   SE  1   0009          0011/15/14
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 7720810101010          *2833-05448-07-39*



U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 NOV 07 2014
$ 000.48⁰