| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| *In re* Houston Regional Sports Network, L.P., <br><br> Debtor. | §<br>§<br>§<br>§<br>§ | Bankruptcy 13-35998-H1-11 |

| | | |
|---|---|---|
| Houston SportsNet Finance, LLC, *et al.*, <br><br> Appellants, <br><br> *versus* <br><br> Houston Regional Sports Network, *et al.*, <br><br> Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action H-14-3133 |

## Final Judgment

The bankruptcy order confirming the plan is affirmed.

Signed on August 20, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge